# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Eddie Jackson Pringle )<br>)<br>Plaintiff, )<br>) <br>vs. )<br>)<br>Carolyn W. Colvin, Acting )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>)<br>_____ ) | Civil Action No. 4:11-2152-RMG<br><br>**ORDER** |

Plaintiff filed a motion for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Dkt. No. 22). Plaintiff sought an award of $5,445.00. Defendant subsequently filed with the Court a response to Plaintiff's motion indicating that the parties have agreed upon an award of $4,000.00 of an attorney fee award under EAJA for $4,000. (Dkt. No. 24). Plaintiff's counsel has filed an memorandum and supporting documentation indicating that he expended 33 hours of attorney time on the District Court appeal. (Dkt. No. 22-2). The Court has reviewed the various documents submitted in support of the EAJA attorney fee award and finds that the award of $4,000 is reasonable. *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002). Therefore, the Court grants the parties' joint stipulation and awards attorney's fees under EAJA in the amount of $4,000 to Plaintiff. Defendant is directed to issue a check made payable to Plaintiff and to deliver the check to Plaintiff's counsel.

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

June 6, 2013
Charleston, South Carolina