IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Eddie Jackson Pringle, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 4:11-2152-RMG |
| ) | |
| vs. ) | |
| ) | |
| Carolyn D. Colvin, Acting Commissioner ) | |
| of Social Security, ) | |
| ) | **ORDER** |
| Defendant. ) | |
| ) | |

This matter comes before the Court on Plaintiff's motion for approval of attorney's fees under 42 U.S.C. § 406(b). (Dkt. No. 27). Plaintiff has informed the Court that he was ultimately awarded Social Security disability benefits as a result of this present action and he and his children received a lump sum back benefits award of $71,616.00. (Dkt. No. 27-2). He now seeks approval of a contingency fee for his attorney of 25% of his back benefits award, which was agreed to by Plaintiff and his counsel in a written contingency fee contract. (Dkt. No. 27-3). This would result in an attorney's fee of $17,904.00. Counsel for Plaintiff has further informed the Court that this award is subject to offset from a previous award under the Equal Access to Justice Act ("EAJA") of $4,000.00. (Dkt. No. 27 at 2). The Defendant has advised the Court that she does not oppose the approval of Plaintiff's attorney fee under § 406(b). (Dkt. No. 29).

The Court has reviewed the Plaintiff's motion in light of the standards set forth in *Grisbrecht v. Barnhart*, 535 U.S. 789, 808 (2002). The Court finds that pursuant to the *Grisbrecht* standards the proposed fee is reasonable and grants the Plaintiff's motion to approve

the fee in the amount of $17,904.00. Since Plaintiff is entitled to an offset for previously awarded EAJA fees, Plaintiff's counsel is directed that upon receipt of the fee award approved herein to refund to Plaintiff $4,000.00.

    AND IT IS SO ORDERED.

                                                                                   */s/ Richard Mark Gergel*
                                                                                   Richard Mark Gergel
                                                                                  United States District Judge

October 17, 2014
Charleston, South Carolina